IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT
BRUNSWICK DIV.
2011 MAY 23 PM 3:17
CLERK_____
SO. DIST. OF GA.

ERIC MITCHELL BLANTON,

    Plaintiff,

v.

WADE JONES; GREG RAINEY, JR.;
and Mrs. MEDOWELL,

    Defendants.

CIVIL ACTION NO.: CV210-188

## ORDER

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's claims against Defendant "Mrs. Medowell" are **DISMISSED**.

**SO ORDERED**, this 20 day of _____May_____, 2011.

LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)